IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENVENTURE GLOBAL TECHNOLOGY, INC.<br><br>           Plaintiff,<br><br>vs.<br><br>MOHAWK ENERGY, LTD.<br><br>           Defendant. | Case No. 4:15-CV-1053 |

**DEFENDANT MOHAWK ENERGY, LTD.'S**
**NOTICE OF APPEAL**

Notice is hereby given that Defendant Mohawk Energy, Ltd. ("Mohawk") appeals from the District Court's Final Judgment entered on December 18, 2018 [Doc. 278] and any and all other orders, rulings, injunctions, findings, and/or conclusions of the Court adverse to Mohawk.[1] Mohawk reserves the right to file a new or amended notice of appeal. This appeal is made to the United States Court of Appeals for the Federal Circuit.

---

[1] Mohawk has also filed a Motion for Certification of the Final Judgment pursuant to Federal Rule of Civil Procedure 54(b).

Respectfully submitted,

Dated: January 15, 2019   /s/ Eric M. Adams
Ernest W. "Butch" Boyd
Attorney-in-Charge
Texas Bar No. 00783694
S.D. Texas Bar No. 23211
butchboyd@butchboydlawfirm.com
BUTCH BOYD LAW FIRM
2905 Sackett Street
Houston, Texas 77098
(713) 589-8477
(713) 589-8563 fax

ATTORNEYS FOR DEFENDANTS

Of Counsel:

James C. Ferrell
Texas Bar No. 00785857
S.D. Texas Bar No. 181310
jferrell@jamesferrell-law.com
6226 Washington Avenue, Suite 200
Houston, Texas 77007
(713) 337-3855
(713) 337-3856 fax

ATTORNEY FOR DEFENDANTS

Gordon T. Arnold
Texas Bar No. 1342410
garnold@arnold-iplaw.com
Christopher P. McKeon
Texas Bar No. 24068904
cmckeon@arnold-iplaw.com
ARNOLD, KNOBLOCH & SAUNDERS, L.L.P.
4900 Woodway, Suite 900
Houston, Texas 77056
(713) 972-1150
(713) 972-1180 fax

ATTORNEYS FOR DEFENDANTS

Corey J. Seel
Texas Bar No. 24037465
S.D. Texas Bar No. 437840
coreyseel@mehaffyweber.com
MEHAFFYWEBER, P.C.
500 Dallas, Suite 1200
Houston, Texas 77002
(713) 655-1200
(713) 655-0222 fax

ATTORNEYS FOR DEFENDANTS

Eric M. Adams
Texas Bar No. 24031686
S.D. Texas Bar No. 30371
eadams@tumeyllp.com
TUMEY L.L.P.
5177 Richmond Avenue, Suite 1188
Houston, Texas 77056
(713) 622-7005
(713) 622-0220 fax

ATTORNEY FOR DEFENDANT
MOHAWK ENERGY, LTD.

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of January, 2019, with a copy of the foregoing document via the Court's CM/ECF system per Local Rule 5.1.

       /s/ Eric M. Adams
       Eric M. Adams