United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ENVENTURE GLOBAL TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> V. <br><br> MOHAWK ENERGY, LTD., <br><br> Defendant. | C.A. NO. 4:15-CV-01053 |

### ] ORDER DENYING APPLICATION BY NON-PARTY WEATHERFORD U.S., LP FOR ACCESS TO MATERIALS FILED UNDER SEAL

The Court, having considered Application by Non-Party Weatherford U.S., LP ("Weatherford") for Access to Materials Filed Under Seal (Dkt. No. 317, "Application"), Defendant Mohawk Energy, Ltd.'s ("Mohawk") Opposition to Application by Non-Party Weatherford U.S., LP for Access to Materials Filed Under Seal ("Opposition"), and any responses, replies, or other briefing submitted by the parties, finds Weatherford's Application should be DENIED and the requested materials shall remain sealed.

IT IS THEREFORE ORDERED that Non-Party Weatherford's Application is DENIED.

IT IS SO ORDERED.

SIGNED on this the 5th day of March, 2020.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE